**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 22-1548**

———————

PIERO A. BUGONI, Individually,

Plaintiff - Appellant,

v.

EMPLOYMENT BACKGROUND INVESTIGATIONS, INC.,

Defendant - Appellee,

and

RICHARD KURLAND,

Defendant.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:20-cv-01133-SAG)

———————

Submitted:  February 9, 2023                              Decided:  May 30, 2023

———————

Before GREGORY, Chief Judge, and KING and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Piero A. Bugoni, Appellant Pro Se.  James Michael Connolly, KRAMER & CONNOLLY, Reisterstown, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Piero A. Bugoni appeals the district court's orders granting in part Defendants' motions to dismiss and granting Appellee's motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bugoni v. Empl. Background Investigations, Inc.*, No. 1:20-cv-01133-SAG (D. Md. Oct. 9, 2020 & Mar. 25, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*